**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| LANCE IRVIN, | : | Case No. 3:26-cv-228 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Stephanie K. Bowman |
| | : | |
| WARDEN, Chillicothe Correctional Institution, | : | |
| | | Respondent. |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 4)**

---

The Court has reviewed the Report and Recommendation (Doc. No. 4) of United States Magistrate Judge Stephanie K. Bowman, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that Petitioner Lance Irvin's ("Petitioner") application for leave to proceed *in forma pauperis* (Doc. Nos. 1, 3) be **DENIED**. Petitioner is further **ORDERED** to pay the full filing fee of $5.00 **within thirty (30) days of the date of this Order**. Finally, Petitioner is hereby **NOTIFIED** that his failure to pay the full filing fee within the thirty-day period will result in dismissal of this action for want of prosecution.

**IT IS SO ORDERED.**

s/Thomas M. Rose

October 26, 2026.

Thomas M. Rose
United States District Judge